PAUL C. SWEINHART, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

(Argued December 3, 1929; decided January 7, 1930.)

*Arthur F. Driscoll, Edward J. Clarke* and *Edward* R. *Peckerman, Jr.,* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (Henry J. Shields, J. Joseph Lilly* and *Edward A. Gobel* of counsel), for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.